1   Kendra Lawson
2   114 West Avalon Avenue
3   Longview, TX 75602
4   Telephone: 215-696-5577
5   Kendral266@gmail.com
6   Plaintiff, in Proper Person
7
8
9
10                                                    Case No. _0:00 CU 393_
11                                                            _JR6/RSP_
12  Kendra Lawson,
13                                                    Dept No. _____
14
15
16                        Plaintiff,
17  Vs.
18
19
20  R3 Education Inc, The Medical University
21  of the Americas, Dr. Ralph Crum,; DOES I through X,
22  inclusive, and ROE Business Entities I through X inclusive,
23
24
25                        Defendants,
26
27
28                              **COMPLAINT**

29      Plaintiff, KENDRA LAWSON, in proper person complains against Defendants, R3 EDUCATION INC,

30  THE MEDICAL UNIVERSITY OF THE AMERICAS and DR. RALPH CRUM, as follows: defendants wrongfully

31      dismissed the plaintiff from Medical school with no probable cause or facts.

32                              **I. PARTIES**

33      1.  Plaintiff, Kendra Lawson, (hereinafter "plaintiff") is an individual who was formerly a student at

34          the Medical University of the Americas from January 2019-January 2020.

35      2.  Defendant, R3 Education Inc, (hereinafter "R3 Education") is a corporation organized and

36          existing by virtue of the laws of the State of Massachusetts, and may be served with process by

37          service upon its registered agent, Steven Rodger, 27 Jackson Rd, Suite 300. Devens, MA 01434.

3.   Defendant, The Medical University of the Americas, (hereinafter "MUA") is an institution owed under the corporation of R3 Education.

4.   Defendant, Dr. Ralph Crum, (hereinafter "defendant Crum") is currently and was at all relevant times herein, an employee of MUA and therefore R3 Education.

5.   All acts and/or failures to act alleged herein were duly performed by and/or are attributable to defendants, individually or acting by and through their agents and employees. Said acts and/or failures to act were within the scope of any agency or employment or were ratified by defendants.

6.   The names an capacities, whether individual, corporate, institution, associate or otherwise , of defendants and/or their alter egos sued herein as DOES I through X and ROE Business Entities I through X, inclusive, are presently unknown, and plaintiff will amend this complaint to insert name(s) when ascertained.

## II. Facts

7.   Plaintiff is a former student of the Medical University of the Americas.

8.   Defendant is the Associate Dean of Basic Sciences office located at The Medical University of the Americas Potworks Estate P.O Box 701 Charlestown, Nevis, West Indies.

9.   On Tuesday December 10, 2019 plaintiff was sent an email by defendant Crum's administrative assistant Andrew Cumberbatch stating that the dean wanted to meet with the plaintiff.

10. Plaintiff and defendant Crum met December 10, 2019. At that meeting Defendant Crum stated that plaintiff had broken the student code of conduct by writing a Google Review about a restaurant.

11. At that December 10, 2019 meeting defendant Crum accused plaintiff of stealing from said restaurant without proof or factual evidence. Defendant Crum threatened plaintiff with dismissal and promised to hold a proper disciplinary meeting on a later date.

1   12. Following the December 10, 2019 meeting plaintiff was sent another email from defendant's

2       Director of Administration requesting me to come into the office December 11, 2019 at 9am

3       with a disciplinary action letter attached.

4   13. Plaintiff responded to the email stating that she could not make the meeting sue to an exam

5       scheduled conflicting with the time.

6   14. Plaintiff also replied directly to defendant Crum with a follow up email and also informed the

7       defendant that the plaintiff would not be able to make it to the meeting due to a schedule

8       conflict.

9   15. Defendant Crum responded stating that there would not be another meeting.

10  16. On December 10th, 2019 Plaintiff send an email to Dr. Gordon Green the executive dean of MUA

11      owned by the corporation R3 Education, informing him of the events that took place in

12      defendant Crum's office earlier that day.

13  17. Plaintiff forwarded all emails to send from defendant and defendants' staff to Dr. Gordon Green

14      the executive dean of MUA owned by the corporation R3 Education

15  18. On January 6, 2020 plaintiff was sent an email from defendant Crum's Administrative Assistant

16      Tara Jones stating that the defendant would like to meet with the plaintiff January 7th, 2020 at

17      9am.

18  19. At that January 7th, 2020 meeting Direction of Administration's Lorna Hunkins was present as

19      well as Dean of Students and Professor of Medical Psychology and ethics Dr. Robert Mankoff

20      defendant Crum accused plaintiff of Cyberbullying and lack of good character. Defendant

21      dismissed plaintiff from MUA without proper disciplinary actions.

22  20. Following that meeting on January 7th, 2020 Dean of Students and professor of Medical

23      Psychology met with plaintiff and stated that defendant Crum had acted out of extreme racism.

1   21. Plaintiff was not the only student being interrogative by the defendant on said accusations but

2        was the only student of color and of black/ African American decent to be dismissed from MUA.

3   22. Plaintiff has sustained severe debt and is suffering from stress, anxiety and emotion distress as a

4        result of wrongful dismissal.

5

6                                   **III. Claims for Relief**

7        **A. Breach of Contract**

8   23. Defendant scheduled another Disciplinary meeting after stating that there would not be another

9        meeting

10  24. Defendant dismissed plaintiff without following the proper protocol stated in the University

11       Student Handbook.

12  So.

13  25. Defendants breached the contract as set forth above.

14  26. As a result of Defendants' breach, plaintiff sustained damages in an amount in excess

15       $15,000.00, which will be proven at trial.

16       **B. Negligence**

17  27. Defendants have a duty to maintain and ensure the rights and protection of all students and to

18       operate justly and professionally.

19  28. Defendants breached their duties as set forth above.

20  29. Defendants' breached directly and proximately caused emotional as well as financial damage to

21       the plaintiff.

22  30. As a result of defendants' negligence Plaintiff's emotional and financial damages are in excess of

23       $15,000.00, which will be proven at trial.

24

1                                    **III. PRAYER FOR RELIEF**

2        **WHEREFORE,** Plaintiff prays for the following relief:

3        1.  For Compensatory damages for living, travel expenses and school related expenses, for past,

4            present and future in excess of $15,000;

5        2.  For compensatory damages for tuition and student loans, for past, present and future in excess

6            of $15,000;

7        3.  For general damages for past, present and future pain and suffering and other damages in

8            excess of $15,000;

9        4.  For interest at the statutory rate; and

10       5.  For such other and further relief as this court deems just and equitable.

11           I declare under penalty of perjury under the law of the state of Texas that the foregoing is true

12           and correct.

13

14       Dated this 8th day of December 2020

15                                       Kendra Lawson
16                                       114 W Avalon Ave
17                                       Longview, TX 75602
18                                       Telephone: 215-696-5577
19                                       Kendral266@gmail.com
20

21

22

23

24