Kindra Lawson
114 West Avalon Ave
Longview TX 75602

SHREVEPORT LA 710
20 DEC 2019 PM 9 L

US District Court Eastern Division
Clerk of Court
100 E Houston St
Marshall, TX 75670



1000

75670



U.S. POSTAGE PAID
FCM LG ENV
KILGORE, TX
75662
DEC 21, 20
AMOUNT
$1.40
R2306Y151766-24