## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | | |
|---|---|---|
| KENDRA LAWSON, | § § § | |
| *Plaintiff*, | § § | |
| v. | § § | Case No. 2:20-cv-00393-JRG-RSP |
| R3 EDUCATION INC., THE MEDICAL UNIVERSITY OF THE AMERICAS, DR. RALPH CRUM, | § § § § | |
| *Defendants*. | § § | |

## ORDER

Before the Court is Plaintiff Kendra Lawson's ("Plaintiff") Motion to proceed *in forma pauperis*. Dkt. No. 2. Plaintiff failed to fill out the entire form. *Id*. at 1. The Court will not consider the form unless every section is completed. The Court therefore **DENIES** Plaintiff's Motion to proceed *in forma pauperis* without prejudice.

**SIGNED this 28th day of December, 2020.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE