# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| KENDRA LAWSON, § | |
| § | |
| *Plaintiff*, § | |
| § | |
| v. § | |
| § | Case No. 2:20-cv-00393-JRG-RSP |
| R3 EDUCATION INC., THE MEDICAL § | |
| UNIVERSITY OF THE AMERICAS, § | |
| DR. RALPH CRUM, § | |
| § | |
| *Defendants*. § | |

## ORDER

The Court issues this Order *sua sponte*. Plaintiff Kendra Lawson ("Plaintiff") filed this case on December 12, 2020. (Dkt. No. 1). The same day, Plaintiff filed a Motion for Leave to Proceed *In Forma Pauperis* (Dkt. No. 2). On December 28, 2020, the Motion for Leave to Proceed *In Forma Pauperis* was denied (Dkt. No. 3) and Plaintiff Kendra Lawson filed a Notice Regarding Consent to Proceed Before U.S. Magistrate Judge (Dkt. No. 4) on January 19, 2021. No action has been taken in this case since that time and Plaintiff Kendra Lawson has not paid the required filing fee. Accordingly, the Court **ORDERS** that this case be dismissed, and the Clerk of Court is **DIRECTED** to **CLOSE** the above captioned action.

**SIGNED this 13th day of March, 2024.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE